## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| BRANDON ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-00808-LSC-JHE |
| | ) | |
| OFFICER J. STEPHENS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION AND ORDER

Plaintiff Brandon Adams filed a *pro se* amended complaint under 42 U.S.C. § 1983, alleging violations of his rights under the Constitution or laws of the United States.  (Doc. 16).  On September 15, 2022, the magistrate judge entered a report recommending the court dismiss Adams's claims against the Alabama Department of Corrections ("ADOC") and deny his request for injunctive relief, to the extent he seeks termination of the defendants' employment.  (Doc. 54 at 14, 28, 29).  Next, the magistrate judge recommended the court deny in part and grant in part the defendants' motions for summary judgment.  (Doc. 54 at 14–29).  Specifically, the magistrate judge recommended the court deny defendant Spencer's motion for summary judgment on Adams's claim for deliberate indifference to serious mental health needs (doc. 54 at 15–21, 29), and defendant Stephens's motion for summary judgment on Adams's claim for failure to protect based on his placement in a crisis

cell on April 17, 2020 (doc. 54 at 24–26, 29). The magistrate judge further recommended the court grant the defendants' motions for summary judgment on all remaining claims and dismiss the claims with prejudice. (Doc. 54 at 14–15, 21–22, 26–28, 29). Although the magistrate judge advised the parties of their right to file specific written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **DISMISSES** Adams's claims against the ADOC and **DENIES** his request for injunctive relief, to the extent he seeks the defendants' termination. Additionally, the court **DENIES** defendant Spencer's motion for summary judgment on Adams's deliberate indifference claim and defendant Stephens's motion for summary judgment on Adams's failure-to-protect claim based on his placement in a crisis cell on April 17, 2020. The court **GRANTS** the defendants' motions for summary judgment on the remaining claims, as no genuine issues of material fact exist.

The court **REFERS** this matter to the magistrate judge for further proceedings.

**DONE** and **ORDERED** on November 8, 2022.

_____
L. Scott Coogler
United States District Judge

160704